UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :     WK 4641
RITA KINSELLA and                                          :     07 Civ. _____
MARTIN KINSELLA,                                           :
                                                           :
                    Plaintiffs,                            :     **RULE 7.1(a) STATEMENT**
          -against-                                        :
                                                           :
THE SURF CLUB INC.,                                        :
                                                           :
                    Defendant.                             :
                                                           :
-----------------------------------------------------------x

PURSUANT to Rule 7.1(a) (Formerly Local Civil Rule 1.9) of the Federal Rules Civil Procedure, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs, a non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

Dated:  New York, New York
        November 16, 2007

                                        Respectfully submitted,

                                        McCARTHY & KELLY LLP

                                        By _____
                                           William P. Kelly
                                           WK 4641
                                        A Member of the Firm
                                        Attorneys for Plaintiffs
                                        52 Duane Street
                                        New York, NY 10007
                                        Telephone: (212) 732-6000
                                        Facsimile: (212) 732-6323

TO:   The Surf Club Inc.
      285 Davenport Avenue
      New Rochelle, NY 10805