USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-21-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Rita Kinsella

  -v-

the Surf Club

------------------------------------x

07 cv 10435 (JFK)

Please be advised that the conference scheduled for **February 25, 2008** has been rescheduled to **March 18, '08** at **9:30 am** in Courtroom 20-C.

SO ORDERED.

_____
JOHN F. KEENAN
United States District Judge

Dated: New York, New York
       **February 21, 2008**