UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
RITA KINSELLA and MARTIN KINSELLA,

                         Plaintiff,

        -against-                                    Index No.:  07 CV 10435

THE SURF CLUB INC.,                                  **RULE 7.1(a) STATEMENT**

                         Defendant.
------------------------------------------------------------------------ X

        Pursuant to Rule 7.1(a) (Formerly Local Civil Rule 1.9) of the Federal Rules of

Civil Procedure, in order to enable judges and magistrate judges of the court to evaluate

possible disqualification or recusal, the undersigned counsel for defendant, a non-

governmental party, certifies that the following are corporate parents, affiliates and/or

subsidiaries of said party which are publicly held:  NONE.


Dated: New York, New York
        February 21, 2008
                                        Yours, etc.,

                                        **WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP**


                                        By: _____
                                            Gregory S. Katz (GK 6584)
                                            Attorneys for Defendant, **Camelot
                                            Caterers, Inc. d/b/a The Surf Club
                                            s/h/a THE SURF CLUB INC.**
                                            150 East 42nd Street
                                            New York, New York 10017-5639
                                            (212) 490-3000
                                            File No.: 06906.00043

TO:   **MCCARTHY & KELLY LLP**
      Attorneys for Plaintiffs
      52 Duane Street
      New York, NY  10007
      (212) 732-6000


3129884.1