UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

Rita Kinsella and Martin
Kinsella

v.

The Surf Club, Inc

----------------------------------X

ORDER
07 Civ. 10435 (CFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-18-2008

JOHN F. KEENAN, United States District Judge:

The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by _June 2, 2008_.

Any amendment of the pleadings by _June 2, 2008_.

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by _September 5, 2008_.

Next conference will be held on _September 5, 2008 at 10am_.

Discovery supervision will be referred to Magistrate Judge _Peck_.

SO ORDERED.

Dated: New York, New York
       March 18, 2008

JOHN F. KEENAN
United States District Judge