UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/19/08

------------------------------------- x

RITA KINSELLA & MARTIN KINSELLA,                :

        Plaintiffs,                :       07 Civ. 10435 (JFK) (AJP)

    -against-                :       ORDER SCHEDULING
                                                        STATUS CONFERENCE
THE SURF CLUB INC.,                :

        Defendant.                :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a status conference is scheduled for May 15, 2008 at 10:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
           March 19, 2008

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:    William P. Kelly, Esq.
                                    Meredith Ross Friedler, Esq.
                                    Judge John F. Keenan