USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x
RITA KINSELLA and
MARTIN KINSELLA
                Plaintiff(s),

    - against -

THE SURF CLUB INC.

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 10435 (JFK) (AJP)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

*McCarthy & Kelly LLP by WPK*
Attorney(s) for Plaintiff(s) McCarthy & Kelly LLP
Address 52 Duane Street - 7th Floor
        NYC 10007
Telephone (212) 732-5040
Fax: (212) 732-6323

*Meredith Wasley*
*Wilson Elser et al*
Attorney(s) for Defendant(s)
Address 150 East 42nd Street
        NYC 10017
Telephone 212 490 3000
Fax 212 490 3038

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

*John F. Keenan*  5/20/08
          U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99