# McCARTHY & KELLY LLP

ATTORNEYS AT LAW
FEDERAL PLAZA
52 DUANE STREET
NEW YORK, NY 10007

2424 MORRIS AVENUE
UNION, N.J 07083
(908) 964-6130

TELEPHONE (212) 732-6000
FACSIMILE (212) 732-6323

224 DATURA STREET, STE. 1300
WEST PALM BEACH, FL 33401
(561) 968-3600

Writer's Extension: 223

email: bk@mccarthykelly.com

June 19, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/20/08
```

Via Facsimile (212) 805-7933
Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Courtroom 20D
New York, NY 10007

Re:  Kinsella v. The Surf Club Inc.
     Docket No.: 07 Civ. 10435 (JES)(AJP)

Dear Judge Peck:

We are the attorneys for plaintiffs Rita Kinsella and Martin Kinsella.

Plaintiffs' depositions were scheduled for June 25, 2008. Unfortunately, we were informed today plaintiff Martin Kinsella was hospitalized and will undergo surgery on June 23, 2008. The parties consented to adjourn the depositions until July 25, 2008 and respectfully request that the July 1, 2008 status conference be adjourned to August 4, 2008 at 10:30 AM.

Respectfully submitted,

/s/ William P. Kelly

William P. Kelly

WPK/nc

cc:  Meredith Friedler, Esq.
     Via Facsimile (212) 490-3038

**BY FAX**

**MEMO ENDORSED** 6/20/08

1. APPROVED
[handwritten endorsement, partially illegible: 2 Counsel should fax aside the 7/1 date/conference with/for the court — discovery not stayed...]

SO ORDERED:

/s/ Andrew J. Peck
Hon. Andrew Jay Peck
United States Magistrate Judge

TOTAL P.01

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** __June 20, 2008__                              **Total Number of Pages:** __2__

| TO | FAX NUMBER |
|---|---|
| William P. Kelly, Esq. | 212-732-6323 |
| Meredith Ross Friedler, Esq. | 212-490-3038 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 6/19/08**

1.   **APPROVED.**

2.   **Counsel should be aware that the 9/5 discovery cutoff date remains and is not likely to be extended.**