UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RITA KINSELLA & MARTIN KINSELLA,  :

        Plaintiffs,  :  07 Civ. 10435 (AJP)

     -against-  :  **ORDER**

THE SURF CLUB INC.,  :

        Defendant.  :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

    As discussed at today's conference, IT IS HEREBY ORDERED THAT:

    1.    The Joint Pretrial Order is due by September 19, 2008.

    2.    Trial (jury) is anticipated to last 3 days. Trial will begin on October 6, 2008 at 9:00 a.m.; trial on October 8, 2008 will be a half day; trial will not be held on October 9, 2008; trial will continue on October 10, 2008 and, if necessary, October 14, 2008.

    SO ORDERED.

Dated:    New York, New York
           August 4, 2008

                                   Andrew J. Peck
                                   United States Magistrate Judge

Copies **by fax & ECF** to:    William P. Kelly, Esq.
                              Meredith Ross Friedler, Esq.
                              Gregory S. Katz, Esq.

C:\OPIN\